UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br><br>        Plaintiff,<br><br>    v.<br><br>US CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendant. | Civil Action No. 24-3206 (LLA) |

**LOCAL RULE 7(h) STATEMENT OF MATERIAL FACTS
<u>AS TO WHICH THERE IS NO GENUINE DISPUTE</u>**

1.     On April 19, 2024, Plaintiff submitted a Freedom of Information Act request to USCIS for records regarding the parole program. Panter Decl. ¶ 5. Specially, the request sought,

   1. For those "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who were categorized as "Non-immigrant" in the USCIS production for request COW2024003069 (Case 24-cv-1671), please provide all records sufficient to show the type of visa each "Non-immigrant" was admitted under (e.g., for the 2,353 "Non- immigrants" identified, breaking down that number into the quantity of each type of visa utilized would be sufficient).

   2. For those "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who were categorized as "Other" in the USCIS production for request COW2024003069 (Case 24- cv-1671), please provide all records sufficient to show any and/or all the following information:

      a. How USCIS defines "Other", or determines whether a "Supporter" is appropriately categorized as "Other" (e.g., policy documents, reports, memos, manuals, etc.);

      b. The different categories/classifications of entities that make up the category of "Other" and their respective quantities;

  c. How many of those categorized as "Other" represent a non human entity (e.g., corporation, organization, governmental institution, etc.);

  d. For those categorized as "Other", and represent a non-human entity, provide the name of each entity, and/or the number of parolees they have each

See Pl. FOIA Request (ECF No. 1-1).

2. USCIS attempted to search for records responsive to the request that is the subject of this lawsuit. See Pl. FOIA Request (ECF No. 1-1).

3. USCIS construed the request as seeking data related to a breakdown of visa categories supported by Form I-134A. Panter Decl. ¶ 20.

4. Because of its familiarity with USCIS record systems, including the systems that store Forms I-134A, USCIS tasked its Office of Performance and Quality with conducting the search. Panter Decl. ¶ 21.

5. The Office of Performance Quality determined that it could not access the requested information because the information is not collected as part of the Forms I-134A and that the information could not be provided without creating records. Panter Decl. ¶ 22.

6. Next, USCIS tasked its Verification Division. Panter Decl. ¶ 23.

7. The Verification Division is responsible for managing programs that help employers, government agencies, and licensing bodies confirm an individual's immigration status or authorization to work in the United States. Panter Decl. ¶ 23

8. The Verification Division searched its E-Verify system and its Systematic Alien Verification for Entitlements system but did not find any responsive records. Panter Decl. ¶ 23

9. Finally, USCIS tasked its Office of Policy and Strategy. Panter Decl. ¶ 24.

10.     The Office of Policy and Strategy is the principal policy advisor for the Director and other USCIS leadership and performs research and analysis on immigration issues and program evaluations, including analyzing immigration trends.  Panter Decl. ¶ 24

11.     The Office of Policy Strategy reported that it does not maintain the information that Plaintiff sought.  Panter Decl. ¶ 24

12.     Additionally, to the extent that USCIS can discern the records that Plaintiff is seeking, USCIS has determined that processing the request would take at least twenty-seven years to complete.  Panter Decl. ¶¶ 15-16.

13.      USCIS would also need to create records that do not exist in order to fulfill the request. Panter Decl. ¶¶ 15, 17-19.

Dated: May 13, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____*/s/ John J. Bardo*_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*