UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center For Immigration Studies,

    Plaintiff,

    v.

U.S. Citizenship and Immigration Services,

    Defendant.

Civil Action No. 1:24-cv-03206

## DECLARATION OF JARROD PANTER

I, Jarrod Panter, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Acting Associate Center Director and Chief FOIA Officer in the Freedom of Information and Privacy Act (FOIA/PA) Unit, National Records Center (NRC), United States Citizenship and Immigration Services (USCIS), within the United States Department of Homeland Security (DHS), in Lee's Summit, Missouri. I have held the position as Acting Associate Center Director since April 2025. I received my Master of Public Administration in 2008, from the University of Kansas. I joined USCIS in 2009, as a Government Information Specialist at the National Records Center and, in 2012, began serving as a Supervisory Government Information Specialist. In 2023, I was promoted to Section Chief of the Significant Interest Group prior to serving in my current position as Acting Associate Center Director.

2. As the Acting Chief FOIA Officer for USCIS, I oversee the FOIA Branch Significant Interest Group ("SIG"), which is responsible for processing FOIA requests that are the subject of pending litigation as well as primarily non Alien-File ("A-file") FOIA requests, and the FOIA Policy and Training ("POaT") Group, which is responsible for the development of USCIS FOIA policy and training within the FOIA program. In my position,

1

I work with over 200 information access professionals who are responsible for the orderly processing of all public, congressional, judicial, and inter-/intra-agency requests or demands for access to USCIS records and information pursuant to the FOIA, Privacy Act, Executive Orders, departmental directives, regulations, and compulsory legal process.

3.      Through the exercise of my official duties as the Acting Associate Center Director, I am familiar with USCIS's standard process for responding to FOIA requests, including search procedures for locating agency records.

4.      The statements contained in this declaration are based upon my personal knowledge and upon information provided to me by other USCIS employees in the course of my official duties. This declaration is submitted in support of Defendant's Motion to Dismiss or in the alternative Motion for Summary Judgment in this matter.

5.      USCIS routinely and consistently processes FOIA requests in compliance with DHS implementing regulations found at 6 C.F.R. Part 5.

6.      In recent years, USCIS has received and processed a significant amount of FOIA requests from year-to-year. Most recently, the number of requests received by USCIS has continued to accelerate both in number and proportionally when compared to other government agencies subject to the FOIA.  In FY24, USCIS received over 550,000 FOIA requests-approximately twice the number of requests received only four years prior when the number was 195,930 requests.  Further, this amount consists of approximately sixty percent (60%) of the total of over 900,000 FOIA requests received by DHS as a whole and approximately one-third of the requests received by the entire federal government during that same time frame.

7.      Given the significant number of FOIA requests received by USCIS, and to process FOIA requests in a manner designed to be fair and expeditious, USCIS has adopted a policy

of processing such requests on a first-in/first-out basis. This process is further enhanced by the implementation of a regulation providing for expedited processing of requests under given circumstances, and the adoption of a multi-track system of processing that allows USCIS to respond to relatively simple requests more quickly than requests involving complex and/or voluminous records. USCIS's first-in/first-out and multi-track processing is consistent with the requirements set forth in *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) and the Electronic FOIA Amendments of 1996, Pub. L. No. 104-231, § 7(a), 110 Stat. 3048, and codified at 5 U.S.C. § 552(a)(6)(D)(i).

<u>Plaintiff's FOIA Request and Prior Related Request</u>

8.    Plaintiff submitted a FOIA request on April 19, 2024 stating the following:

1.  For those "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who were categorized as "Non-immigrant" in the USCIS production for request **COW2024003069** (Case 24-cv-1671), please provide all records sufficient to show the type of visa each "Non-immigrant" was admitted under (e.g., for the 2,353 "Non- immigrants" identified, breaking down that number into the quantity of each type of visa utilized would be sufficient).

2.  For those "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who were categorized as "Other" in the USCIS production for request **COW2024003069** (Case 24- cv-1671), please provide all records sufficient to show any and/or all the following information:
    a.  How USCIS defines "Other", or determines whether a "Supporter" is appropriately categorized as "Other" (e.g., policy documents, reports, memos, manuals, etc.);
    b.  The different categories/classifications of entities that make up the category of "Other" and their respective quantities;
    c.  How many of those categorized as "Other" represent a non-human entity (e.g., corporation, organization, governmental institution, etc.);

> **d.** For those categorized as "Other", and represent a non-human entity, provide the name of each entity, and/or the number of parolees they have each sponsored.

A copy of the request is attached as **Exhibit A.**

9.      By letter dated August 27. 2024, USCIS acknowledged receipt of Plaintiff's request and assigned it tracking number COW2024006161.

10.     Plaintiff's request referenced another FOIA request (COW2024003069 – attached as **Exhibit B**) which sought data on filers of USCIS Form I-134A who act as "Supporters" of individuals applying for immigration benefits to USCIS.

11.     In response to the FOIA request COW2024003069, USCIS previously produced an excel spreadsheet with data showing a breakdown of 213,739 "Supporters" including 11,275 rows of zip codes showing where the "Supporters" reside.

<u>Failure to Reasonably Describe Records Sought</u>

12.     Under the FOIA, a request must "reasonably describe" the records sought to enable agency personnel to locate them "with a reasonable amount of effort." 5 U.S.C. § 552(a)(3)(A); *Yeager v. DEA*, 678 F.2d 315, 326 (D.C. Cir. 1982). A FOIA request must reasonably describe the records sought, which requires more than a broad, sweeping request for all records within a general subject area. *Marks v. DOJ*, 578 F.2d 261, 263 (9th Cir. 1978).

13.     Plaintiff requested five (5) items all broken down into two similarly broad categories: "<u>all records</u> sufficient to show the type of visa each "Non-immigrant" was admitted under" and "<u>all records</u> sufficient to show <u>any and/or all</u>" of the categories of the individual 24,678 "Supporters" classified as "other" in USCIS's response to the FOIA request COW2024003069. A a request that seeks "any and all documents and records" that "relate in any

way" to a broad subject is too vague. *Cable News Network, Inc. v. FBI*, 271 F. Supp. 3d 108, 112 (D.D.C. 2017). As will be discussed further below, the NRC in attempting to process the request would have to not only pull the data of thousands of "supporters" who filed USCIS Form I-134As, but would have to conduct an agency wide search for "any and all" records related to those filings.

<u>Plaintiff's request is unduly burdensome</u>

14.     Even if the request were deemed to reasonably describe the record on its face, it is unduly burdensome. FOIA does not require an agency to conduct a search that imposes an unreasonable burden on its operations *Dixon v. DOJ*, 279 F. Supp. 3d 1, 2 (D.D.C. 2017). When evaluating whether a FOIA request is unduly burdensome, the NRC follows established legal standards, including 5 U.S.C. § 552(a)(3)(A) and 6 C.F.R. § 5.13, which require that a request reasonably describe records such that they can be located with a reasonable amount of effort. *See American Fed'n of Gov't Emps., Local 2782 v. U.S. Dep't of Commerce*, 907 F.2d 203, 209 (D.C. Cir. 1990), and *Nat'l Sec. Counselors v. CIA*, 960 F. Supp. 2d 101, 156 (D.D.C. 2013). Before denying a request on this basis, the NRC makes reasonable efforts to conduct preliminary searches, and consults relevant program offices. If compliance would require an extensive search of records that cannot be retrieved through reasonable search methods, significantly disrupt agency operations, or necessitate the creation of new records, the NRC may properly determine that the request is unduly burdensome.

15.     Part 1 of the request asks for "all records sufficient to show the type of visa each 'Non-immigrant' was admitted under." The use of "all records" rather than "any" effectively requires USCIS to process, review and research all 2,353 individuals listed as "Non-immigrants"

in the Form I-134A applications. Not only will this involve manually accessing protected personal information of 2,353 individuals, but it will potentially involve processing their A-files,[1] to ascertain their immigration status. Some of the individuals listed might not have A-files but other records maintained by the US State Department and individual consultations and/or referrals would have to be sent out for each such record. This would result in a conservative estimate of 4,706 hours or 588 workdays of research, review and processing.[2] It is necessary to conduct research on each individual "non-immigrant" because USCIS Form I-134A does not collect information on the "type of visa each Non-immigrant was admitted under" (see Sample Form I-134A, Part 3, #15 on page 6 -attached as **Exhibit C).**

16.        Part 2 of the request asks for information regarding 24,678 Form I-134A applications categorized as "Other." Specifically, Part 2(a) seeks "all records" explaining how USCIS determines the classification of "Other." USCIS conducted a search and determined that **no such records exist** because "Other" is simply a default category for anything that does not fall into the predefined classifications. Part 2(b), (c) and (d) requires USCIS to search through all 24,678 "others" in the Form I-134A applications, to determine their different categories and identify non-human entities. As with the process described in paragraph 15 above, each of the 24,678 "others" would have to be individually processed over a conservative estimate of a period of 49,356 hours or 6,169 work days. As will be discussed further below, the manual review and classification of the data, is a process that FOIA does not require agencies to undertake. The request would therefore result in a significant diversion of agency resources, including disrupting USCIS's ability to process other FOIA requests.

---

[1] A-Files serve as a consolidated record of an individual's immigration history and may be used by various agencies, including USCIS, Immigration and Customs Enforcement (ICE), and Customs and Border Protection (CBP).
[2] This comprises of an estimate of two (2) hours per individual including the approximation for the search and review of each immigration file and possible consultation or referral to the Department of State, ICE and/or CPB.

<u>Plaintiff's Request Improperly Requires USCIS to Create Records and Conduct Research</u>

17.    USCIS does not maintain visa classifications in a way that directly correlates with the Plaintiff's request. Processing the request would require USCIS to extract and analyze information that is not readily available. *Nat'l Sec. Counselors v. CIA*, 960 F. Supp. 2d 101, 156 (D.D.C. 2013). In other words, Plaintiff's FOIA request would require USCIS to manually review and categorize records belonging to over 27,000 individuals and entities and create a new record rather than retrieve an existing one.

18.    Specifically, Plaintiff seeks a breakdown of visa categories and classifications of supporters that USCIS does not systematically track in a way that allows for simple retrieval. Compliance would require manually reviewing each of the Form I-134A applications to extract visa-type information or other information, to identify and classify entities categorized as "Other." Because this information is not stored in an existing report or structured database, USCIS personnel would need to compile new datasets and conduct independent analysis. *See Singh v. Fed. Aviation Admin.,* 783 F. App'x 753, 754 (9th Cir. 2019). Moreover, the compilation of the records would require significant time and resources, diverting personnel from processing other FOIA requests and essential agency functions.

19.    Plaintiff's request also effectively requires the NRC to conduct research by manually comparing records produced in response to a prior FOIA request with a separate set of data and then providing an analysis of the requested information. Specifically, the request asks USCIS to extract information from the Form I-134A applications previously released under FOIA request COW2024003069 and compare that information against newly requested classifications.

<u>USCIS Search Efforts</u>

20.     In a good faith effort to interpret the FOIA request as broadly as possible, the NRC construed it as seeking data related to a breakdown of visa categories supported by USCIS Form I-134A. As stated above, the NRC always makes reasonable efforts to interpret FOIA requests liberally and conduct such searches where possible.

21.     The NRC first tasked USCIS's Office of Performance and Quality ("OPQ") due to its familiarity with USCIS systems, including systems in which Form I-134As are collected. OPQ's mission is to preserve and enhance the quality of USCIS data by serving as stewards of that data and providing relevant and actionable datasets and analysis to USCIS directorates and program offices, as well as to external stakeholders from the department, administration, and public at large.

22.     OPQ was provided a copy of the FOIA request, which included the Plaintiff's specific request for records. Because each USCIS system or database may have a different organization or inquiry scheme, OPQ was instructed to read the request and use any search terms or phrases that would reasonably be calculated to locate records responsive to the request. Additionally, OPQ was instructed to advise the FOIA office if any additional offices may have responsive records so that they could be asked to search as well. Based on its search, OPQ determined that it could not access the requested information as it is not part of the Form I-134As. OPQ further advised that the information requested does not exist without creating records.

23.     The NRC then tasked USCIS's Verification Division. The Verification Division is responsible for managing programs that help employers, government agencies, and licensing bodies confirm an individual's immigration status or work authorization in the U.S. Its main functions include: (a) E-Verify – A web-based system that allows employers to confirm the employment eligibility of newly hired workers; and (b) Systematic Alien Verification for

Entitlements (SAVE) – A program that helps federal, state, and local government agencies verify a noncitizen's immigration status to determine eligibility for public benefits, licenses, and other services. Both systems were searched, and the requested information was not located.

24.     The NRC also tasked USCIS's Office of Policy and Strategy (OP&S) to conduct a search. OP&S serves as the principal policy advisor for the Director and USCIS, as well as performs research and analysis on immigration issues and program evaluations including analyzing immigration trends. In its response to the search, OP&S stated that they do not maintain the requested data.

25.     In sum, Plaintiff's FOIA request does not constitute a proper FOIA request because it fails to reasonably describe the records sought, imposes an undue burden on USCIS by requiring an extensive manual research and review of records, and improperly seeks to compel USCIS to create new records that do not exist in the agency's current systems. USCIS undertook a good faith effort to interpret the request in the most liberal terms possible and conducted a search by querying multiple program offices; however, no responsive records were located in an existing format. Given these factors, USCIS has properly determined that the request cannot be fulfilled under FOIA's statutory and legal framework.

I declare the foregoing is true and correct to the best of my knowledge and belief, under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Executed in Lees Summit, Missouri, on this day of May 2025.

JARROD T
PANTER

Digitally signed by JARROD T
PANTER
Date: 2025.05.13 07:09:04
-05'00'

Jarrod Panter
Acting Associate Center Director
Freedom of Information Act & Privacy Act Unit
USCIS National Records Center

# Exhibit A

CENTER FOR IMMIGRATION STUDIES

**USCIS FOIA REQUEST**

**VIA FOIA PORTAL**                                        August 19, 2024

> **Re:    Records Regarding U.S. Based Supporters Defined as "Non-immigrant" and "Other"(CIS#0147)**

Dear Freedom of Information Officer:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Center for Immigration Studies ("the Center"), hereby requests the following records to be provided in electronic form to foia@cis.org:

1. For those "Supporter[s]" or "U.S.-based supporter[s]"[1] of approved beneficiaries who sought humanitarian parole, who were categorized as "Non-immigrant" in the USCIS production for request COW2024003069 (Case 24-cv-1671), please provide all records sufficient to show the type[2] of visa each "Non-immigrant" was admitted under (e.g., for the 2,353 "Non-immigrants" identified, breaking down that number into the quantity of each type of visa utilized would be sufficient).

2. For those "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who were categorized as "Other" in the USCIS production for request COW2024003069 (Case 24-cv-1671), please provide all records sufficient to show any and/or all the following information:
   a. How USCIS defines "Other", or determines whether a "Supporter" is appropriately categorized as "Other" (e.g., policy documents, reports, memos, manuals, etc.);
   b. The different categories/classifications of entities that make up the category of "Other" and their respective quantities;
   c. How many of those categorized as "Other" represent a non-human entity (e.g., corporation, organization, governmental institution, etc.);
   d. For those categorized as "Other", and represent a non-human entity, provide the name of each entity, and/or the number of parolees they have each sponsored.

---

[1] See https://www.uscis.gov/CHNV.
[2] https://ohss.dhs.gov/topics/immigration/nonimmigrants/classes-of-admission.

If any responsive record or portion thereof is claimed to be exempt from production under the provisions of FOIA, please provide sufficient identifying information with respect to each allegedly exempt record, or portion thereof, to allow the Center to assess the propriety of the claimed exemption. *Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). In addition, any portion of a responsive record that can be reasonably segregated must be provided, after redaction of any exempt material. 5 U.S.C. § 552 (b). The Center will accept a "rolling production" of documents if necessary to facilitate the production of responsive records.

For the purpose of this request, the term "record" shall mean: 1) any written, printed, or typed material of any kind, including without limitation all correspondence memoranda, notes, messages, letters, cards, facsimiles, papers, forms, telephone messages, diaries, schedules, books, reports, calendars, chronological data, minutes, charts, lists, ledgers, invoices, worksheets, receipts, returns, computer printouts, printed matter, prospectuses, statements, checks, statistics, surveys, affidavits, contracts, agreements, transcripts, magazine or newspaper articles, or press releases; 2) any electronically, magnetically, or mechanically stored material of any kind, including without limitation all electronic mail, email, text messages, or chats; 3) any audio, aural, visual, or video records, recordings, or representations of any kind; 4) any graphic materials and data compilations from which information can be obtained; and 5) any materials using other means of preserving thought or expression.

The Center also hereby requests a waiver of any and all fees and charges pursuant to 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (a)(4)(A)(iii). First, the Center is entitled to a waiver of search fees under 5 U.S.C. § 552(a)(4)(A)(ii)(II) because under FOIA it qualifies as a member of the news media. *See National Security Archive v. Department of Defense*, 880 F. 2d 1381, 1387 (D.C. Cir. 1989) ("A representative of the news media is, in essence, a person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience."). The Center is a research institution whose mission is to provide immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States.[3] In service of this mission, the Center regularly obtains information about the operations and activities of government through FOIA and other means, uses its editorial skills and expertise of immigration policy to turn the information into distinct works, and widely disseminates the information through a variety of media platforms for free.[4] (**Attachment 1**.) The Center intends to do likewise with the records it receives through this request.

Secondly, the Center is entitled to a complete waiver of both search and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). Under this provision, records "shall be furnished without any charge or at a charge reduced" if "the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." *Id.* The Center is a 501(c)(3), not-for-profit, educational and research organization, and, by definition, it has no

---

[3] *See* https://cis.org/Center-For-Immigration-Studies-Background.
[4] *See* https://cis.org/Publications; *see also* https://cis.org/Podcasts/Parsing-Immigration-Policy;
https://www.facebook.com/CenterforImmigrationStudies/; https://twitter.com/CIS_org;
https://www.youtube.com/@CenterforImmigrationStudies.

commercial purpose. The Center exists to educate the public about the operations and activities of the government concerning the issue of immigration. Once the Center obtains the requested records, it intends to analyze and widely disseminate the results of its expert analysis utilizing a variety of media platforms for free.[5] (**Attachment 1**.) It also will make the records available to other members of the media or researchers upon request. The disclosure of the requested records will shed light on the operations or activities of the government as it pertains to the federal government's responsibility to execute and regulate immigration laws and policy. Furthermore, the Center's proven ability to disseminate its expert analysis of disclosed records will contribute significantly to the public's understanding of how the federal government's particular operations or activities regarding immigration policy and enforcement directly effects U.S. economic and security interests, the environment, and the potential strain on public and private institutions and their resources.

Finally, access to the requested records should be granted within twenty (20) business days from the date of your receipt of this letter, otherwise the Center is further entitled to a complete waiver of search and duplication fees. 5 U.S.C. § 552(a)(4)(A)(viii). Furthermore, the agency's failure to respond in a timely manner shall be viewed as a denial of this request, and the Center may immediately take further administrative or judicial action.

If you would like to discuss the request or any issues raised in this letter, please feel free to contact us at 202-466-8185 ext. 126 or foia@cis.org. For all other formal correspondence regarding this request, please email foia@cis.org. Thank you for your time and attention to this matter.

Sincerely,

Colin M. Farnsworth, Esq.
Chief FOIA Counsel
Center for Immigration Studies

---

[5] *Id.*

DECLARATION OF MARK KRIKORIAN

DISTRICT OF COLUMBIA

I, Mark Krikorian, being duly sworn on oath do say:

1. I am the Executive Director of the Center for Immigration Studies ("**CIS**"), an independent, non-partisan, non-profit 501(c)(3) organization located in Washington, D.C., whose mission is providing immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States.

2. I have been the Executive Director of CIS since 1995. I oversee all the day-to-day operations of the organization. Together with the Board of Directors, I ensure that all efforts are focused on our mission statement and ensure that CIS stays in compliance with all required rules and regulations. I also produce and host CIS' Podcast, titled "Parsing Immigration Policy."[1]

3. In pursuit of its mission, CIS relies primarily on its own investigative reporting. CIS is instrumental in orchestrating cutting edge investigations into the social, economic environmental, security, and fiscal consequences of legal and illegal immigration into the United States, the government's administration and enforcement of immigration laws and policies, and widely disseminates its findings and expert analysis – for free – through various media platforms, including but not limited to CIS' website[2], Facebook page[3], YouTube and Twitter accounts[4], as well as podcasts.

4. According to recent data analytics obtained by CIS, its website has nearly 2 million visits a year; its social media accounts are followed by over 260 thousand users, including over 1 million impressions a month on Twitter, over 1.35 million views in the past year on YouTube, and its Facebook posts reach over 20 thousand users a month.

5. The size of CIS' audience and subscribers continue to grow, illustrative of the wide public interest in the subject of immigration, the government's administration and enforcement of the laws and policies thereof, and CIS' expert ability to investigate, analyze, and publish distinct works on matters of public interest.

---

[1] https://cis.org/Podcasts/Parsing-Immigration-Policy.
[2] https://cis.org.
[3] https://www.facebook.com/CenterforImmigrationStudies/.
[4] https://www.youtube.com/@CenterforImmigrationStudies; https://twitter.com/CIS_org.

6.  One of the tools CIS uses to gather the raw materials it uses in its popular investigative reporting, is the Freedom of Information act ("**FOIA**"). CIS uses records it obtains from its FOIA requests to carry out its public mission and to support its role as a non-profit news media organization in the field of immigration. As a non-profit, CIS does not have a commercial interest in the records it seeks through FOIA.

7.  Based on what I know as the Executive Director, as well as what has been demonstrated by CIS' past and current investigative reporting, for purposes of FOIA's free waiver provisions, CIS certainly qualifies as a "representative of the news media."

Signed 31ˢᵗ day of OCTOBER 2023

Signature of Mark Krikorian

I, _Kenneth Wyatt Lightfoot IV_ Notary Public for the State of Texas ~~District of Columbia~~ witnessed said Mark Krikorian sign the above statement this _31st_ day of _October_, 2023

Kenneth Wyatt Lightfoot IV



**Kenneth Wyatt Lightfoot IV**

ID NUMBER
13433248-0
COMMISSION EXPIRES
April 28, 2027

Notarized online using audio-video communication

# Exhibit B

CENTER FOR IMMIGRATION STUDIES

**USCIS FOIA REQUEST**

**VIA FOIA PORTAL**                                         April 11, 2024

> Re:     Immigration status and locations of U.S.-based supporters of approved
> beneficiaries who sought humanitarian parole

Dear Freedom of Information Officer:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Center for Immigration Studies ("the Center"), hereby requests the following records to be provided in electronic form to foia@cis.org:

**Records sufficient to show any and/or all of the following information:**

a) **The total number "Supporter[s]" or "U.S.-based supporter[s]"[1] of approved beneficiaries who sought humanitarian parole.**

b) **The total number "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who were not a "U.S. Citizen," "U.S. National," or "Lawful Permanent Resident"[2]**

c) **The total number "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole, who are a "U.S. Citizen,"[3]**

d) **The zip codes of each "Supporter[s]" or "U.S.-based supporter[s]" of approved beneficiaries who sought humanitarian parole. (i.e. the quantity of "Supporter[s]" in each zip code that contains a "Supporter").**

**Information helpful to fulfilling the request: The timeframe for this request is January 1, 2021 through the date of the search. The terminology and focus of this request relates to the following information described on the USCIS's website[4],**

> **[beneficiaries seeking humanitarian parole] must have a supporter in the United States who agrees to provide them with financial support for the duration of their parole in the United States. The first step in the process is for the U.S.-based supporter to file a Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, with USCIS for each beneficiary they seek to support, including minor**

---

[1] See https://www.uscis.gov/CHNV.

[2] As indicated on page 6 ("Immigration Status") of the I-134A form, and/or later confirmed by the government.

[3] As indicated on page 6 ("Immigration Status") of the I-134A form, and/or later confirmed by the government.

[4] See https://www.uscis.gov/CHNV.

children. The U.S. government will then review the supporter information provided in the Form I-134A to ensure that they are able to financially support the beneficiaries they are agreeing to support.

However, if responsive records regarding "Supporter[s]" or "U.S.-based supporter[s]" are also obtained for other approved beneficiaries seeking humanitarian parole outside of the CHNV program, the request seeks that data to be produced in addition and separately from the responsive CHNV data.

If any responsive record or portion thereof is claimed to be exempt from production under the provisions of FOIA, please provide sufficient identifying information with respect to each allegedly exempt record, or portion thereof, to allow the Center to assess the propriety of the claimed exemption. *Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). In addition, any portion of a responsive record that can be reasonably segregated must be provided, after redaction of any exempt material. 5 U.S.C. § 552 (b). The Center will accept a "rolling production" of documents if necessary to facilitate the production of responsive records.

For the purpose of this request, the term "record" shall mean: 1) any written, printed, or typed material of any kind, including without limitation all correspondence memoranda, notes, messages, letters, cards, facsimiles, papers, forms, telephone messages, diaries, schedules, books, reports, calendars, chronological data, minutes, charts, lists, ledgers, invoices, worksheets, receipts, returns, computer printouts, printed matter, prospectuses, statements, checks, statistics, surveys, affidavits, contracts, agreements, transcripts, magazine or newspaper articles, or press releases; 2) any electronically, magnetically, or mechanically stored material of any kind, including without limitation all electronic mail, email, text messages, or chats; 3) any audio, aural, visual, or video records, recordings, or representations of any kind; 4) any graphic materials and data compilations from which information can be obtained; and 5) any materials using other means of preserving thought or expression.

The Center also hereby requests a waiver of any and all fees and charges pursuant to 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (a)(4)(A)(iii). First, the Center is entitled to a waiver of search fees under 5 U.S.C. § 552(a)(4)(A)(ii)(II) because under FOIA it qualifies as a member of the news media. *See National Security Archive v. Department of Defense*, 880 F. 2d 1381, 1387 (D.C. Cir. 1989) ("A representative of the news media is, in essence, a person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience."). The Center is a research institution whose mission is to provide immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States.[5] In service of this mission, the Center regularly obtains information about the operations and activities of government through FOIA and other means, uses its editorial skills and expertise of immigration policy to turn the information into distinct works, and widely disseminates the

---

[5] *See* https://cis.org/Center-For-Immigration-Studies-Background.

information through a variety of media platforms for free.[6] (**Attachment 1**.) The Center intends to do likewise with the records it receives through this request.

Secondly, the Center is entitled to a complete waiver of both search and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). Under this provision, records "shall be furnished without any charge or at a charge reduced" if "the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." *Id.* The Center is a 501(c)(3), not-for-profit, educational and research organization, and, by definition, it has no commercial purpose. The Center exists to educate the public about the operations and activities of the government concerning the issue of immigration. Once the Center obtains the requested records, it intends to analyze and widely disseminate the results of its expert analysis utilizing a variety of media platforms for free.[7] (**Attachment 1**.) It also will make the records available to other members of the media or researchers upon request. The disclosure of the requested records will shed light on the operations or activities of the government as it pertains to the federal government's responsibility to execute and regulate immigration laws and policy. Furthermore, the Center's proven ability to disseminate its expert analysis of disclosed records will contribute significantly to the public's understanding of how the federal government's particular operations or activities regarding immigration policy and enforcement directly effects U.S. economic and security interests, the environment, and the potential strain on public and private institutions and their resources.

Finally, access to the requested records should be granted within twenty (20) business days from the date of your receipt of this letter, otherwise the Center is further entitled to a complete waiver of search and duplication fees. 5 U.S.C. § 552(a)(4)(A)(viii). Furthermore, the agency's failure to respond in a timely manner shall be viewed as a denial of this request, and the Center may immediately take further administrative or judicial action.

If you would like to discuss the request or any issues raised in this letter, please feel free to contact us at 202-466-8185 ext. 126 or foia@cis.org. For all other formal correspondence regarding this request, please email foia@cis.org. Thank you for your time and attention to this matter.

Sincerely,

Colin M. Farnsworth, Esq.
Chief FOIA Counsel
Center for Immigration Studies

---

[6] *See* https://cis.org/Publications; *see also* https://cis.org/Podcasts/Parsing-Immigration-Policy; https://www.facebook.com/CenterforImmigrationStudies/; https://twitter.com/CIS_org; https://www.youtube.com/@CenterforImmigrationStudies.
[7] *Id.*

*Attachment 1.*

DECLARATION OF MARK KRIKORIAN

DISTRICT OF COLUMBIA

I, Mark Krikorian, being duly sworn on oath do say:

1. I am the Executive Director of the Center for Immigration Studies ("**CIS**"), an independent, non-partisan, non-profit 501(c)(3) organization located in Washington, D.C., whose mission is providing immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States.

2. I have been the Executive Director of CIS since 1995. I oversee all the day-to-day operations of the organization. Together with the Board of Directors, I ensure that all efforts are focused on our mission statement and ensure that CIS stays in compliance with all required rules and regulations. I also produce and host CIS' Podcast, titled "Parsing Immigration Policy."[1]

3. In pursuit of its mission, CIS relies primarily on its own investigative reporting. CIS is instrumental in orchestrating cutting edge investigations into the social, economic environmental, security, and fiscal consequences of legal and illegal immigration into the United States, the government's administration and enforcement of immigration laws and policies, and widely disseminates its findings and expert analysis – for free – through various media platforms, including but not limited to CIS' website[2], Facebook page[3], YouTube and Twitter accounts[4], as well as podcasts.

4. According to recent data analytics obtained by CIS, its website has nearly 2 million visits a year; its social media accounts are followed by over 260 thousand users, including over 1 million impressions a month on Twitter, over 1.35 million views in the past year on YouTube, and its Facebook posts reach over 20 thousand users a month.

5. The size of CIS' audience and subscribers continue to grow, illustrative of the wide public interest in the subject of immigration, the government's administration and enforcement of the laws and policies thereof, and CIS' expert ability to investigate, analyze, and publish distinct works on matters of public interest.

---

[1] https://cis.org/Podcasts/Parsing-Immigration-Policy.
[2] https://cis.org.
[3] https://www.facebook.com/CenterforImmigrationStudies/.
[4] https://www.youtube.com/@CenterforImmigrationStudies; https://twitter.com/CIS_org.

6. One of the tools CIS uses to gather the raw materials it uses in its popular investigative reporting, is the Freedom of Information act ("**FOIA**"). CIS uses records it obtains from its FOIA requests to carry out its public mission and to support its role as a non-profit news media organization in the field of immigration. As a non-profit, CIS does not have a commercial interest in the records it seeks through FOIA.

7. Based on what I know as the Executive Director, as well as what has been demonstrated by CIS' past and current investigative reporting, for purposes of FOIA's free waiver provisions, CIS certainly qualifies as a "representative of the news media."

Signed 31st day of OCTOBER 2023

_____

Signature of Mark Krikorian

I, _Kenneth Wyatt Lightfoot IV_____ Notary Public for the ~~District of Columbia~~ State of Texas KWL IV witnessed said Mark Krikorian sign the above statement this __31st__ day of ____October_____, 2023



Kenneth Wyatt Lightfoot IV
_____
ID NUMBER
13433248-0
COMMISSION EXPIRES
April 28, 2027

Notarized online using audio-video communication

# Exhibit C

# Online Request to be a Supporter and Declaration of Financial Support

### Department of Homeland Security
U.S. Citizenship and Immigration Services



**USCIS**
**Form I-134A**

▶ **START HERE - Type or print in black ink.**

## Part 1.  Basis for Filing

**1.** I am filing this form on behalf of:  ☐ Myself as the beneficiary.  ☐ Another individual who is the beneficiary.

**2.** I am filing this form under one of the following: [_____ ▼]

If "Parole Process" selected in **Item Number 2.**

**3.** I am filing for an individual under the parole process for the following country [_____ ▼]

If "Family Reunification Program" selected in **Item Number 2.**

**4.** I am filing for my relative who is associated with an approved I-130 and a national of: [_____ ▼]

**5.** Invitation Number: [_____]

**6.** How many total family members will be included in this family reunification group who all share the same invitation number? [_____]

## Part 2.  Information about the Beneficiary

Complete **Part 2.** regardless of whether you are filing this form on behalf of yourself as the beneficiary or on behalf of another individual who is the beneficiary.

**1.** Beneficiary's Current Legal Name (**Do not** provide a nickname.)

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

**2.** Other Names Used

Provide all other names the beneficiary has ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

**3.** If "Family Reunification Program" selected in **Part 1., Item Number 2.**  Is this the individual listed as the  ☐ Yes ☐ No principal beneficiary in your Family Reunification Parole Process invitation letter?

**4.** A grant of parole is a discretionary determination granted on a case-by-case basis for urgent humanitarian reasons or significant public benefit.  Please explain why a favorable exercise of discretion is merited for this individual.

[_____]

**5.** Date of Birth (mm/dd/yyyy)    **6.** Sex    **7.** Alien Registration Number (A-Number)

[_____]    ☐ M  ☐ F  ☐ X    ▶ A-[_____]

## Part 2.  Information about the Beneficiary (continued)

**8.**  Place of Birth

City or Town

State or Province

Country

**9.**  Country of Citizenship or Nationality

**10.**  Passport Number of the beneficiary's most recently issued passport

Country that issued the most recently issued passport

Expiration date for the most recently issued passport (mm/dd/yyyy)

**11.**  Marital Status

☐ Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed   ☐ Legally Separated   ☐ Marriage Annulled

☐ Other (Explain):

**12.**  Beneficiary's Mailing Address

In Care Of Name

Street Number and Name                                                        Apt.Ste. Flr.   Number
                                                                              ☐ ☐ ☐

City or Town                                                                  State   ZIP Code

Province                          Postal Code              Country

**13.**  Are the beneficiary's mailing address and physical address the same?        ☐ Yes ☐ No

If you answered "No" to **Item Number 13.**, provide your physical address in **Item Number 14.**

**14.**  Beneficiary's Physical Address

In Care Of Name

Street Number and Name (Do **not** provide a PO Box in this space unless it is your **ONLY** address.)   Apt. Ste. Flr.   Number
                                                                              ☐ ☐ ☐

City or Town                                                                  State   ZIP Code

Province                          Postal Code              Country

**15.**  Beneficiary's Daytime Telephone Number          **16.**  Beneficiary's Mobile Telephone Number (if any)

**17.**  Beneficiary's Email Address (if any)

**Part 2. Information about the Beneficiary** (continued)

*Beneficiary's Anticipated Length of Stay*

18. Beneficiary's Anticipated Period of Stay in the United States

From (mm/dd/yyyy)

To (select one):

☐ (mm/dd/yyyy)

☐ No End Date

*Beneficiary's Financial Information*

Provide information about the beneficiary's income and assets. If you need additional space to complete any **Item Number** in this section, use the space provided in **Part 8. Additional Information**.

**Beneficiary's Income**

19. Provide all of the information requested in the table below about the beneficiary, all of the beneficiary's dependents, and any other individuals the beneficiary financially supports (do not include any individuals named in **Part 3.**). Information about assets that are not based on employment should be added in **Item Number 24.** and not in **Item Number 19.**

| Individual's Full Name (First, Middle, Last) (do not include any individuals named in **Part 3.**) | Date of Birth (mm/dd/yyyy) | Relationship to the Beneficiary (Type or print "Self" if you are filing for yourself as the beneficiary or "Beneficiary" if someone is agreeing to support you in **Part 3.**) | Income contribution to the beneficiary annually (if none, type or print $0) |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | **Total** Number of Dependents | |
| | | Total Income | $ |

20. Does any of the beneficiary's total income (including income from dependents and other individuals who contribute to the beneficiary's income, excluding any individuals named in **Part 3.**) come from an illegal activity or source (such as proceeds from illegal gambling or illegal drug sales)?    ☐ Yes    ☐ No

21. If you answered "Yes" to **Item Number 20.**, what amount of the beneficiary's total income comes from an illegal activity or source? (Type or print "N/A" if you answered "No" to **Item Number 20.**)    $

22. Does any of the beneficiary's total income come from means-tested public benefits as defined in 8 CFR 213a.1?    ☐ Yes    ☐ No

23. If you answered "Yes" to **Item Number 22.**, what amount of the beneficiary's total income comes from means-tested public benefits?    $

## Part 2.  Information about the Beneficiary (continued)

**Beneficiary's Assets**

24.  In the table below, provide the amounts of assets available to the beneficiary for the expected period of his or her stay (excluding assets from any individuals named in **Part 3.**).  Attach evidence showing that the beneficiary has these assets.

| Full Name of Asset Holder (First, Middle, Last) | Type of Asset | Amount (Cash Value) (U.S. dollars) |
|---|---|---|
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | **TOTAL** (U.S. dollars)  $ |  |

## Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.

If you are not the beneficiary named in **Part 2.**, complete **Part 3.**

1.  Current Legal Name (**Do not** provide a nickname.)

Family Name (Last Name)          Given Name (First Name)          Middle Name

2.  Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

Family Name (Last Name)          Given Name (First Name)          Middle Name

3.  If "Parole Process" selected in **Part 1.**, **Item Number 2.**  Provide the name of the organization, group, or individual that is providing support to the beneficiary with you (if any)

Organization, Group, Individual Name

4.  If "Family Reunification Program" selected in **Part 1.**, **Item Number 2.**  Provide the name of the individual(s) or co-sponsor(s) that is providing support to the beneficiary with you (if any).

Individual(s) or Co-sponsor(s) Name

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

**5.**  Current Mailing Address

In Care Of Name

Street Number and Name               Apt.Ste. Flr.  Number

City or Town                              State     ZIP Code

Province                    Postal Code        Country

**6.**  Is your current mailing address the same as your current physical address?          ☐ Yes   ☐ No

If you answered "No" to **Item Number 6.**, provide your current physical address in **Item Number 7.**

**7.**  Physical Address

In Care Of Name

Street Number and Name               Apt.Ste. Flr.  Number

City or Town                              State     ZIP Code

Province                    Postal Code        Country

*Other Information*

**8.**  Date of Birth (mm/dd/yyyy)              **9.**  Sex  ☐ M  ☐ F  ☐ X

**10.**  Place of Birth

City or Town                              State or Province

Country

**11.**  Alien Registration Number (A-Number)      **12.**  USCIS Online Account Number
   ▶ A-

**13.**  Social Security Number               **14.**  What is your relationship to the beneficiary?
   ▶

**Part 3. Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

### *Immigration Status*

15. What is your current immigration status? Provide documentation as provided in the instructions.

☐ U.S. Citizen

☐ U.S. National

☐ Lawful Permanent Resident

☐ Nonimmigrant  Form I-94 Arrival-Departure Record Number

   ▶ ☐☐☐☐☐☐☐☐☐☐☐

Other (Explain):

[                                                                    ]

### *Employment Information*

16. Employment Status

☐ Employed (full-time, part-time, seasonal, self-employed)   ☐ Unemployed or Not Employed   ☐ Retired

☐ Other (Explain): [                                        ]

If you indicated that you are employed in **Item Number 16.**, provide the information requested in **Item Numbers 17. - 18.**

17. **A.** ☐ I am currently employed as a/an          Name of Employer

   [                              ]   [                                      ]

   **B.** ☐ I am currently self-employed as a/an

   [                              ]

18. Current Employer's Address

Street Number and Name                                    Apt.Ste. Flr.  Number

[                                          ]   ☐ ☐ ☐   [                ]

City or Town                                              State   ZIP Code

[                                          ]   [      ]   [          ]

Province                          Postal Code          Country

[                        ]   [                ]   [                      ]

## Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2. (continued)

### Financial Information

Provide information about your income and assets.  If you need additional space to complete any **Item Number** in this section, use the space provided in **Part 8.  Additional Information**.

**Income**

19.  Provide all of the information requested in the table below about yourself, all of your dependents, and any other individuals you financially support (do not include any individuals named in **Part 2.**).  Information about assets that are not based on employment should be added in **Item Number 24.** and not in **Item Number 19.**

| Full Name (First, Middle, Last) (do not include any individuals named in **Part 2.**) | Date of Birth (mm/dd/yyyy) | Relationship to the Individual Agreeing to Financially Support (Type or print "Self" for Individual Agreeing to Financially Support the Beneficiary) | Income Contribution to the Beneficiary Annually (if none, type or print $0) |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  | **Total** Number of Dependents |  |
|  |  | Total Income | $ |

20.  Does any of the income listed above come from an illegal activity or source (such as proceeds from illegal gambling or illegal drug sales)?  ☐ Yes  ☐ No

21.  If you answered "Yes" to **Item Number 20.**, what amount of income comes from an illegal activity? (Type or print "N/A" if you answered "No" to **Item Number 20.**)  $ _____

22.  Does any of the income listed above come from means-tested public benefits as defined in 8 CFR 213a.1?  ☐ Yes  ☐ No

23.  If you answered "Yes" to **Item Number 22.**, what amount of income is from means-tested public benefits?  $ _____

**Assets**

24.  Fill out the table below regarding the assets available to **you** (do not include any assets from any individuals named in **Part 2.**). Attach evidence showing you have these assets.

| Full Name of Asset Holder (you or your household member) | Type of Asset | Amount (Cash Value) (U.S. dollars) |
|---|---|---|
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | ▼ |  |
|  | **TOTAL** (U.S. dollars)  $ |  |

## Part 3. Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2. (continued)

### Financial Responsibility for Other Beneficiaries

25. Have you previously submitted a Form I-134A on behalf of a person other than the beneficiary named in **Part 2?**  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 25.**, provide the information requested in **Item Numbers 26. - 27.**  If you need additional space to complete this section, use the space provided in **Part 8. Additional Information**.

26. Person 1

Family Name (Last Name)

Given Name (First Name)

Middle Name

A-Number

Date Submitted (mm/dd/yyyy)

▶ **A-**

27. Person 2

Family Name (Last Name)

Given Name (First Name)

Middle Name

A-Number

Date Submitted (mm/dd/yyyy)

▶ **A-**

### Intent to Provide Specific Contributions to the Beneficiary

28. You are responsible for receiving, maintaining, and supporting the beneficiary for the duration of their temporary stay in the United States.  Describe the resources you plan to use or provide to ensure the beneficiary has adequate financial support to cover their basic living needs.

29. You are responsible for ensuring that the beneficiary has safe and appropriate housing for the duration of their parole in the United States.  Describe how you will ensure that the beneficiary's housing needs are met, including where the beneficiary will reside during their temporary stay in the United States, if known.

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

30.    You are responsible for assisting the beneficiary's access to available services and benefits such as learning English, securing employment opportunities once authorized to work, enrolling children in school, and helping to enroll for benefits for which they are eligible.  Describe what steps you plan to take as part of these responsibilities.

**Part 4.  Statement, Contact Information, Certification, and Signature of the Beneficiary (Only complete this section if Part 1. Basis for Filing selection is "Myself as the beneficiary", otherwise continued to Part 5.)**

If you are the beneficiary and are filing Form I-134A on your own behalf, complete and sign **Part 4.**

**NOTE:**  Read the **Penalties** section of the Form I-134A Instructions before completing this section.

### Beneficiary's Statement

**NOTE:**  Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

1.    I, as the beneficiary, certify the following:

   **A.**   ☐   I can read and understand English, and I have read and understand every question and instruction on this declaration and my answer to every question.

   **B.**   ☐   The interpreter named in **Part 6.** read to me every question and instruction on this declaration and my answer to every question in _____, a language in which I am fluent and I understood everything.

2.    ☐   At my request, the preparer named in **Part 7.,** _____, prepared this declaration for me based only upon information I provided or authorized.

### Beneficiary's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the Department of State may require that I submit original documents to USCIS or the Department of State at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS or the Department of State may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this declaration, in supporting documents, and in my USCIS or the Department of State records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

   **1)**  I reviewed and provided or authorized all of the information in my declaration;

   **2)**  I understood all of the information contained in, and submitted with, my declaration; and

   **3)**  All of this information was complete, true, and correct at the time of filing.

**Part 4. Statement, Contact Information, Certification, and Signature of the Beneficiary (Only complete this section if Part 1. Basis for Filing selection is "Myself as the beneficiary", otherwise continued to Part 5.)** (continued)

I certify, under penalty of perjury, that I provided or authorized all of the information in my declaration, I understand all of the information contained in, and submitted with, my declaration, and that all of this information is complete, true, and correct.

That this declaration is made by me to assure the U.S. Government that I will be able to financially support myself while in the United States.

That I am willing and able to pay for necessary expenses for the duration of my temporary stay in the United States.

### Beneficiary's Signature

**3.** Beneficiary's Signature

➡️

Date of Signature (mm/dd/yyyy)

**Part 5. Statement, Contact Information, Certification, and Signature of the Individual Agreeing to Financially Support the Beneficiary**

If you are filing Form I-134A on behalf of someone else (the beneficiary listed in **Part 2.**), complete and sign **Part 5.**

**NOTE:** Read the Penalties section of the Form I-134A Instructions before completing this section.

### Statement of Individual Agreeing to Financially Support the Beneficiary

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

**1.** I, as the individual agreeing to financially support the beneficiary, certify the following:

**A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this declaration and my answer to every question.

**B.** ☐ The interpreter named in **Part 6.** read to me every question and instruction on this declaration and my answer to every question in _____ , a language in which I am fluent and I understood.

**2.** ☐ At my request, the preparer named in **Part 7.,** _____ , prepared this declaration for me based only upon information I provided or authorized.

### Contact Information of Individual Agreeing to Financially Support the Beneficiary

**3.** Daytime Telephone Number

**4.** Mobile Telephone Number (if any)

**5.** Email Address (if any)

### Certification of Individual Agreeing to Financially Support the Beneficiary

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the Department of State may require that I submit original documents to USCIS or the Department of State at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or the Department of State may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this declaration, in supporting documents, and in my USCIS or the Department of State records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**Part 5.  Statement, Contact Information, Certification, and Signature of the Individual Agreeing to Financially Support the Beneficiary** (continued)

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

**1)** I reviewed and provided or authorized all of the information in my declaration;

**2)** I understood all of the information contained in, and submitted with, my declaration; and

**3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my declaration, I understand all of the information contained in, and submitted with, my declaration, and that all of this information is complete, true, and correct.

That this declaration is made by me to assure the U.S. Government that the person named in **Part 2.** will be financially supported while in the United States.

That I am willing and able to receive, maintain, and support the person named in **Part 2.** to better ensure that such persons will have sufficient financial resources or financial support to pay for necessary expenses for the period of his or her temporary stay in the United States.

I acknowledge that I have read this section, and I am aware of my responsibilities as an individual agreeing to financially support the beneficiary.

*Signature of Individual Agreeing to Financially Support the Beneficiary*

**6.**  Signature
➡️

Date of Signature (mm/dd/yyyy)

**NOTE TO ALL INDIVIDUALS AGREEING TO FINANCIALLY SUPPORT THE BENEFICIARY:**  If you do not completely fill out this declaration or if you fail to submit required documents listed in the Instructions, USCIS or the Department of State may deny or not consider your declaration.

**Part 6.  Interpreter's Contact Information, Certification, and Signature**

Provide the following information about the interpreter.

*Interpreter's Full Name*

**1.**  Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

**2.**  Interpreter's Business or Organization Name (if any)

*Interpreter's Mailing Address*

**3.**  Street Number and Name

Apt. Ste. Flr.   Number
☐ ☐ ☐

City or Town

State

ZIP Code

Province

Postal Code

Country

## Part 6.  Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                                    ] which is the same language specified in **Part 4.** or in **Part 5.**, **Item B.** in **Item Number 1.**, and I have read to this individual agreeing to financially support the beneficiary in the identified language every question and instruction on this declaration and his or her answer to every question.  The individual agreeing to financially support the beneficiary informed me that he or she understands every instruction, question, and answer on the declaration, including the **Certification of the Individual Agreeing to Financially Support the Beneficiary**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.** Interpreter's Signature

Date of Signature (mm/dd/yyyy)

## Part 7.  Contact Information, Declaration, and Signature of the Person Preparing this Declaration, if Other Than the Individual Agreeing to Financially Support the Beneficiary

Provide the following information about the preparer.

### Preparer's Full Name

**1.** Preparer's Family Name (Last Name)

Preparer's Given Name (First Name)

**2.** Preparer's Business or Organization Name (if any)

### Preparer's Mailing Address

**3.** Street Number and Name

Apt. Ste. Flr.   Number
☐ ☐ ☐

City or Town

State

ZIP Code

Province

Postal Code

Country

**Part 7.  Contact Information, Declaration, and Signature of the Person Preparing this Declaration, if Other Than the Individual Agreeing to Financially Support the Beneficiary** (continued)

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

**5.** Preparer's Mobile Telephone Number

**6.** Preparer's Email Address (if any)

### Preparer's Statement

**7.** **A.** ☐ I am not an attorney or accredited representative but have prepared this declaration on behalf of the individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself) and with that individual's consent.

**B.** ☐ I am an attorney or accredited representative and my representation of the individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself) in this case ☐ extends ☐ does not extend beyond the preparation of this declaration.

**NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this declaration at the request of the individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself).  The individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself) then reviewed this completed declaration and informed me that he or she understands all of the information contained in, and submitted with, his or her declaration, including the **Certification of the Individual Agreeing to Financially Support the Beneficiary**, and that all of this information is complete, true, and correct.  I completed this declaration based only on information that the individual agreeing to financially support the beneficiary provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.** Preparer's Signature

Date of Signature (mm/dd/yyyy)

## Part 8. Additional Information

If you need extra space to provide any additional information within this declaration, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this declaration or attach a separate sheet of paper. Type or print your name and A-Number at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.**  Family Name (Last Name)        Given Name (First Name)        Middle Name

**2.**  A-Number        ▶ **A-**

**3.**  **A.**  Page Number   **B.**  Part Number   **C.**  Item Number

**D.**

**4.**  **A.**  Page Number   **B.**  Part Number   **C.**  Item Number

**D.**

**5.**  **A.**  Page Number   **B.**  Part Number   **C.**  Item Number

**D.**

**6.**  **A.**  Page Number   **B.**  Part Number   **C.**  Item Number

**D.**