UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br><br>    Plaintiff,<br><br>    v.<br><br>US CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Civil Action No. 24-3206 (LLA) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that summary judgment shall be entered in Defendant's favor.

SO ORDERED:


_____                                      _____
Date                                                                         LOREN L. ALIKHAN
                                                                                     United States District Judge